UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22CR450 HEA |
| ) | |
| LATRICE REID, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Patricia L. Cohen addressing Defendant's Motion to Suppress Illegally Obtained Evidence, [Doc. No. 47]. In her June 11, 2024 Report and Recommendation, Judge Cohen recommended that Defendant's Motion be denied.  Defendant has not filed any written objections to this recommendation.

Judge Cohen thoroughly analyzes the law and facts in this matter  Her recommendation is based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Illegally

Obtained Evidence,[Doc. No. 47] is **DENIED**.

Dated this 23rd day of July, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE